UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>U.S. DEPARTMENT OF LABOR et al.,<br><br>   Defendants. | Case No. 21 Civ. 536 |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Thomas J. Donovan, Jr., Attorney General of the State of Vermont, by Benjamin D. Battles, Solicitor General, shall appear as an attorney for the Plaintiff State of Vermont. The undersigned certifies that he is admitted to practice in this Court.

Dated: Montpelier, Vermont
    January 29, 2021

            STATE OF VERMONT

            THOMAS J. DONOVAN, JR.
            ATTORNEY GENERAL

      By: */s/* Benjamin D. Battles
         Benjamin D. Battles
         Solicitor General
         Office of the Attorney General
         109 State Street
         Montpelier, VT 05609-1001
         (802) 828-5500
         benjamin.battles@vermont.gov

         *Counsel for the State of Vermont*