

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 4, 2021

**By ECF**
The Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: *State of New York*, et al. *v. Department of Labor*, et al., No. 21 Civ. 536 (SHS)

Dear Judge Stein:

This Office represents Defendants, the Department and Secretary of Labor (together, "DOL"), in this Administrative Procedure Act challenge to a final rule issued by DOL on December 9, 2020. On February 9, 2021, the Court granted DOL's motion for a stay of this case based on DOL's representation that it intended to propose rescission of the rule at issue. *See* Dkt. No. 26 at 2 (memo endorsement). The Court subsequently granted two motions to extend that stay by 90 days each. Dkt. No. 49 (memo endorsement); Dkt. No. 51 (memo endorsement).

On March 22, 2021, DOL submitted a notice of proposed rescission ("NPR") of the rule to the Office of Information and Regulatory Affairs ("OIRA") within the White House Office of Management and Budget. OIRA recently completed its review and the NPR is presently with the Federal Register awaiting publication, which is expected imminently. The publication of the NPR in the Federal Register will commence the process of notice-and-comment rulemaking, which is expected to take several months. To allow additional time for this process, DOL respectfully requests that the Court extend the stay by 120 days from November 8, 2021, to March 8, 2022, and extend DOL's deadline to respond to the complaint from December 15, 2021, to April 14, 2022. This is DOL's third request for an extension of the stay, and Plaintiffs consent to the request.

We thank the Court for its consideration of this request.

Respectfully,

DAMIAN WILLIAMS
United States Attorney

By: /s/ Jennifer Jude
JENNIFER JUDE
Assistant United States Attorneys
(212) 637-2663
jennifer.jude@usdoj.gov

**The request for a stay of this matter until March 8, 2022, and an extension of time to respond to the complaint until December 15, 2021, is granted.**

Dated: New York, New York
November 5, 2021

SO ORDERED:

Sidney H. Stein, U.S.D.J.