UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

STATE OF NEW YORK, ET AL.,     :     21-Cv-536 (SHS)

            Plaintiffs,     :

      -v-     :     ORDER

UNITED STATES DEPARTMENT OF     :
LABOR, ET AL.,

             :

           Defendants.
-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

     IT IS HEREBY ORDERED that there will be a pretrial conference in this matter on
Wednesday, May 3, 2023, at 11:00 a.m., in Courtroom 23A.

Dated: New York, New York
     April 27, 2023

                     SO ORDERED:

                     Sidney H. Stein, U.S.D.J.