UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

STATE OF NEW YORK, ET AL.,                :        21-Cv-536 (SHS)

                Plaintiffs,        :
                                                   ORDER
      -v-                                :

UNITED STATES DEPARTMENT OF      :
LABOR, ET AL.,
                                                   :
                Defendants.
---------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      At the request of the parties,

      IT IS HEREBY ORDERED that the conference scheduled for May 3, 2023, is moved up to May 2, 2023, at 10:00 a.m., and will occur as a telephone conference. The parties shall dial 888-273-3658 and use access code 7004275 to join the teleconference.

Dated: New York, New York
       April 28, 2023

                                                        SO ORDERED:

                                                      Sidney H. Stein, U.S.D.J.