UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STATE OF NEW YORK, ET AL.,

        Plaintiffs,

v.

UNITED STATES DEPARTMENT OF LABOR, ET AL.,

        Defendants.

21-CV-536 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

    The parties appeared for a teleconference today during which the Court dismissed this case as moot. In light of the Rescission of Implementing Legal Requirements Regarding the Equal Opportunity Clause's Religious Exemption Rule, 88 Fed. Reg. 12,842 (Mar. 1, 2023), effective March 31, 2023, there is no longer an active case or controversy in this matter and the Court must dismiss it for lack of subject matter jurisdiction. *See New York v. Raimondo*, No. 19-CV-09380-MKV, 2021 WL 1339397 (S.D.N.Y. Apr. 9, 2021); *Orthodox Jewish Coal. of Chestnut Ridge v. Vill. of Chestnut Ridge*, No. 19-CV-443-KMK, 2021 WL 1226930 (S.D.N.Y. Mar. 31, 2021); *Fox v. Bd. of Trustees of State Univ. of New York*, 42 F.3d 135, 139-40 (2d Cir. 1994).

    Accordingly, this matter is dismissed for lack of subject matter jurisdiction.

Dated: New York, New York
       May 2, 2023

SO ORDERED:

*/s/ Sidney H. Stein*

Sidney H. Stein, U.S.D.J.